UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD BISBANO :
:
Vs. : C.A. NO. CA 08 342 T
:
:
VARI AUTOMATION, INC. :

NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Defendant, Vari Automation, Inc. respectfully represents as follows:

1. That Defendant, Vari Automation, Inc. is a defendant in a civil action filed against it in the Newport County Superior Court, styled *Ronald Bisbano v. Vari Automation, Inc.*, C.A. No. NC 08-0407.
2. The aforesaid action was commenced with the filing of a Summons and Complaint. Defendant, Vari Automation, Inc., accepted service of the Summons and Complaint on or about September 5, 2008. Certified copies of the entire State Court record will be filed pursuant to Local Rule 81 within 10 days hereof.
3. The defendant, Vari Automation, Inc., is incorporated in Bucks County, Pennsylvania and is not a citizen of the Commonwealth of Massachusetts.
4. The plaintiff is a citizen of the Commonwealth of Massachusetts.
5. The defendant, Vari Automation, Inc., and the plaintiff are therefore citizens of different states and are thus completely diverse within the meaning of Title 28 U.S.C. §1332.
6. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00.
7. Venue properly lies in the District of Rhode Island because the plaintiff has asserted that he was injured while operating a machine located and used in the State of Rhode Island at the time of the alleged incident and the plaintiff commenced his initiating civil action in the State of Rhode Island.
8. The above described action, as stated in the plaintiff's Complaint is one of which this Court has original jurisdiction pursuant to the provisions of Title 28 U.S.C. § 1332, and is one which may be removed to this Court by the defendant pursuant to the provisions of Title 28 U.S.C. §§ 1441 (a) and (b).
9. Vari Automation, Inc. is the sole defendant named in this action and consents to this action being removed to United States District Court for the District of Rhode Island.
10. Enclosed herewith is a copy of the original Complaint and Waiver of Service of Summons believed to have been filed in the Newport County Superior Court. **Exhibits A** and **B** respectively.

VARI AUTOMATION, INC.
CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272 - telephone
401-331-4404 – facsimile
RBengtson@CKMLaw.com

Dated: September 12, 2008

CERTIFICATION

I hereby certify that a true and accurate copy of the within document was mailed by regular mail, postage prepaid, or hand delivered, from Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 on this 12th day of September 2008, to counsel of record as follows:

Matthew M. Aspden, Esq.
Sabra & Aspden, P.A.
1026 County Street
Somerset, MA 02726