UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 12 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

RONALD BISBANO :

Vs. : C.A. NO. 08-342T

VARI AUTOMATION, INC. :

DEFENDANT'S TRANSMITTAL OF THE
CERTIFIED COPY OF THE STATE COURT RECORD

Pursuant to LR Civ 81 (b), attached hereto is the certified copy of the entire state court record relative to the removed action known as *Ronald Bisbano v. Vari Automation, Inc.*, C.A. No. NC 08-0407. The record is comprised of:

1. Civil Docket Sheet;
2. Civil Case Cover Sheet;
3. Complaint;
4. Receipt;
5. Answer of Vari Automation, Inc.;
6. Entry of Appearance by C. Russell Bengtson on behalf of Vari Automation, Inc.;
7. Notice of Filing of Notice Of Removal.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
401-331-7272
401-331-4404 – facsimile
RBengtson@CKMLaw.com

CERTIFICATION

I hereby certify that a true and accurate copy of the within document was mailed by regular mail, postage prepaid, or hand delivered, from Carroll, Kelly & Murphy, One Turks Head Place, Suite 400, Providence, RI 02903 on this 12th day of September 2008, to counsel of record as follows:

Matthew M. Aspden, Esq.
Sabra & Aspden, P.A.
1026 County Street
Somerset, MA 02726

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: NC-2008-0407 RONALD BISBANO V VARI AUTOMATION INC

FILED
SEP 12 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

Filing Date: 07-25-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: PRODUCT LIABILITY
Status Date: 09-12-2008

Plaintiff: RONALD BISBANO
ID: @11044096

Attorney: MATTHEW ASPDEN

Defendant: VARI AUTOMATION INC
ID: @11044097

Attorney: C BENGTSON

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-25-2008 | COMPLAINT FILED | |
| 07-25-2008 | INITIAL FILING FEE | |
| 07-25-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCN31978. |
| 09-12-2008 | ANSWER FILED | Affiliated: VARI AUTOMATION INC |
| 09-12-2008 | ENTRY OF APPEARANCE | Affiliated: BENGTSON, C RUSSELL |
| 09-12-2008 | NOTICE OF REMOVAL | Affiliated: VARI AUTOMATION INC |
| 09-12-2008 | CASE REMVD TO US DISTRICT CT | U.S. District Court #CA08-342T<br>Affiliated: VARI AUTOMATION INC |
| 09-12-2008 | OTH DOC FILED DURING DISCOV | |