STATE OF RHODE ISLAND
NEWPORT, SC.

SUPERIOR COURT

RONALD BISBANO :
:
VS. : C.A. NO. NC-2008-0407
:
VARI AUTOMATION, INC. :

DEFENDANT'S ANSWER

FIRST DEFENSE

AS TO PRELIMINARY STATEMENT

1. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and leaves the plaintiff to his proof.

2. The defendant admits that it is a Pennsylvania corporation with a place of business at 33 Lenape Road, Richboro, Pennsylvania and denies the remainder of the allegations contained in paragraph 2.

3. The defendant denies the allegations contained in paragraph 3.

4. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 and leaves the plaintiff to his proof.

5. The defendant denies the allegations contained in paragraph 5.

6. The defendant makes no answer to paragraph 6 since it does not contain any factual allegations.

AS TO COUNT I

1. The defendant incorporates by reference its answers to paragraphs 1 through 6 as its answers to paragraph 7.

2. The defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 and leaves the plaintiff to his proof.

3. The defendant denies the remainder of the allegations contained in Count I.

AS TO COUNT II

1. The defendant incorporates by reference its answers to paragraphs 1 through 11 as its answers to paragraph 12.

True Copy Attest

Jane M. Anthony

Office of ... Superior Court
County of ...
Newport, Rhode Island

2. The defendant denies the remainder of the allegations contained in Count II.

AS TO COUNT III

1. The defendant incorporates by reference its answers to paragraphs 1 through 14 as its answers to paragraph 15.

2. The defendant denies the remainder of the allegations contained in Count III and the remainder of the allegations contained in the plaintiff's complaint.

SECOND DEFENSE

The plaintiff was guilty of conduct which caused or contributed to the injuries and/or damages complained of.

THIRD DEFENSE

The defendant affirmatively pleads assumption of the risk as a bar to the within action.

FOURTH DEFENSE

The plaintiff's injuries and/or damages, if any at all, were caused by other persons firms or corporations for whose conduct this defendant is not responsible.

FIFTH DEFENSE

The plaintiff failed to notify this defendant of any breach of warranty or any wrongful act and therefore this action is barred.

SIXTH DEFENSE

The defendant affirmatively pleads misuse and/or abuse of the product as a bar to the within action.

SEVENTH DEFENSE

The defendant affirmatively states that any product supplied by it, if supplied at all, was reasonably fit for use at the time it left the hands of this defendant and the injuries incurred by the plaintiff could not have been proximately caused by the product manufactured, sold or supplied by the defendant.

**True Copy Attest**

Jane M. Anthony

**Office of ... perior Court**
**County of N... port**
**Newport, Rhode Island**

EIGHTH DEFENSE

The defendant affirmatively pleads that the plaintiff abused and/or misused the product described in the complaint; used it in a manner which was unforeseen; used it in a manner which was not intended; altered and/or modified the product; used a product altered and/or modified by others; and therefore this action is barred.

NINTH DEFENSE

This defendant affirmatively pleads improper venue as a bar to the within action.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

Defendant hereby claims trial by jury.

CARROLL, KELLY & MURPHY

C. RUSSELL BENGTSON #1233
One Turks Head Place, Suite 400
Providence, RI 02903
(401) 331-7272 Telephone
(401) 331-4404 Facsimile

CERTIFICATION

I hereby certify that a true copy of the within was mailed to Matthew M. Aspden, Esq., Sabra & Aspden, P.A., 1026 County Street, Somerset, MA 02726 on the 11th day of September, 2008.

True Copy Attest

Office of ... Superior Court
County of Newport
Newport, Rhode Island